UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
JOSE A. CARBALLO-ZAPICO and  
CINDY A. CARBALLO-ZAPICO,

CHAPTER 7  
CASE NO. 10-05443-CPM

DEBTOR(S).           /

## TRUSTEE'S MOTION FOR TURN OVER OF PROPERTY OF THE ESTATE

*****IMPORTANT NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING ****
PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTERST FILES AN OBJECTION WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT 801 N. FLORIDA AVE., #555, TAMPA, FLORIDA 33602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, STEPHEN L. MEININGER, 707 NORTH FRANKLIN STREET, SUITE 850, TAMPA, FL 33602.
IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

COMES NOW the Trustee, Stephen L. Meininger, by and through his undersigned attorney, and hereby moves, pursuant to 11 U.S.C. §§521(4) and 542(a), for Turn Over Of Property Of The Estate and for the Debtors to turn over documents necessary to enable the Trustee to administer the estate and, in support thereof, states as follows:

1. Stephen L. Meininger ("Trustee") is the duly appointed, qualified and acting Trustee of the above styled bankruptcy estate.

2. The Debtors' Chapter 7 bankruptcy petition was filed on March 11, 2010. The Debtors disclosed their 2009 income tax refund as $4,186.00, and claimed $454.00, as exempt.

3. Any income tax refund due to the Debtors is property of the bankruptcy estate pursuant to 11 U.S.C. §541. See, e.g., U.S. v. Randall, 401 U.S. 513 (1973). The refund is property of the estate even if it is received postpetition to the extent that it is based upon prepetition wages, In re Truax, 104 B.R. 471 (Bkrtcy. M.D. Fla. 1989), and is not otherwise exempt under Florida's wage exemption statute, In re Lancaster, 161 B.R. 308 (Bkrtcy. S.D. Fla. 1993).

4. The Debtors testified at the §341 Meeting of Creditors held on May 6, 2010 that they received a tax refund for the taxable year of 2009 in the amount of $4,186.00.

5. The Trustee is of the belief that an Order will be necessary for the Debtors to Turn Over Property Of The Estate.

6.	Any portion of the tax refund that is attributable to the Earned Income Tax Credit would be exempt pursuant to the provisions of Florida Statute 222.25(3).

7.	The Debtors' Chapter 7 bankruptcy petition was filed on March 11, 2010. Therefore, all of the tax refund would be property of the bankruptcy estate.

8.	It is necessary that the Debtors provide to the Trustee a full and complete copy of their 2009 federal income tax return when filed, along with all applicable schedules and attachments, in order for the Trustee to verify what portion of the tax refund constitutes property of the bankruptcy estate. The Trustee believes that an Order will be necessary for the Debtors to comply with the duties imposed upon him to cooperate with the Trustee and provide the Trustee with documents necessary for the administration of their estate.

WHEREFORE, the Trustee moves for entry of an Order Granting the Trustee's Motion For Turn Over Of Property Of The Estate and for the Debtors to turn over to the Trustee a full and complete copy of their 2009 federal income tax return when filed, along with all applicable schedules and attachments, and the full amount of their 2009 federal income tax refunds by turning over to the Trustee the unnegotiated 2009 income tax refund checks, and for such other and further relief as the Court may deem just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion For Debtors To Turn Over Property Of The Estate has been sent by regular U.S. Mail or the Court's CM/ECF system to **ASSISTANT U.S. TRUSTEE**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **JOSE & CINDY CARBALLO-ZAPICO**, 9230 Estate Cove Circle, Riverview, FL 33578; **CHARLES T. STOHLMAN, ESQ.**, 901 W. Hillsborough Avenue, Tampa, FL 33603-1309, on this 28th day of May, 2010.

STEPHEN L. MEININGER, P.A.

_____
STEPHEN L. MEININGER, ESQUIRE
707 North Franklin Street, Suite 850
Tampa, Florida 33602
Phone   (813) 301-1025
Fax      (813) 307-0879
Florida Bar Number: 0472750
Attorney for Trustee