UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
JOSE A. CARBALLO-ZAPICO and
CINDY A. CARBALLO-ZAPICO,
    Debtor(s).
_____/

CASE NO. 10-05443-CPM

TRUSTEE'S MOTION TO
COMPROMISE CONTROVERSY

TO:        ALL INTERESTED PARTIES
FROM:    STEPHEN L. MEININGER, ESQUIRE
            ATTORNEY FOR STEPHEN L. MEININGER, TRUSTEE

    PURSUANT TO F.R.B.P. 9019(a), NOTICE IS HEREBY GIVEN THAT THE TRUSTEE WILL COMPROMISE THE VALUE OF THE NON-EXEMPT PORTION OF THE DEBTOR'S 2009 TAX REFUND FOR THE SUM OF TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00).

---

**\*\*\*\*\*IMPORTANT NOTICE TO CREDITORS AND ALL INTERESTED PARTIES \*\*\*\***
    PURSUANT TO M.D. Fla. L.B.R. 2002-4, THE COURT WILL CONSIDER THIS MOTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTERST FILES AN OBJECTION WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER.  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT 801 N. FLORIDA AVE., #555, TAMPA, FLORIDA 33602, AND SERVE A COPY ON THE TRUSTEE AND THE UNDERSIGNED ATTORNEY FOR THE TRUSTEE AT 707 N. FRANKLIN STREET, #850, TAMPA, FLORIDA 33602.
    IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED.  IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

**NATURE OF CONTROVERSY:**

    The Debtors, Jose and Cindy Carballo-Zapico ("Debtors"), filed their petition for relief under Chapter 7 of the United States Bankruptcy Code on March 11, 2010.  The Trustee filed a Motion For Turn Over Of Property Of The Estate on May 28, 2010 and an Order Granting Trustee's Motion For Turn Over Property Of The Estate was entered on June 28, 2010 ordering the Debtors to turn over their 2009 tax return and 2009 tax refund.  The Debtors were entitled to a 2009 federal income tax refund in the amount of Four Thousand One Hundred Eighty Six Dollars ($4,186.00), of which, Three Thousand Seven Hundred Thirty Two Dollars ($3,732.00) is property of the bankruptcy estate. The Debtors received the tax refund, postpetition, but prior to the §341

meeting of creditors. Therefore, the non-exempt portion of the 2009 income tax refund, in the amount of Three Thousand Seven Hundred Thirty Two Dollars ($3,732.00), is property of the bankruptcy estate.

**TERMS OF COMPROMISE:**

The Debtors shall pay the sum of Two Thousand Five Hundred Dollars ($2,500.00) into the bankruptcy pursuant to the terms of the compromise and the Trustee acknowledges receipt of the settlement proceeds. The Debtors will claim their homestead as exempt pursuant to the terms of the compromise.

**REASON FOR COMPROMISE:**

The Trustee believes the compromise is in the best interest of the bankruptcy estate as he believes a reasonable amount is being paid into the bankruptcy estate. The Debtors were considering surrendering their homestead and claiming the entire 2009 tax refund as exempt pursuant to the provisions of Florida Statute 222.25(4). The Debtors have paid the sum of Two Thousand Five Hundred Dollars ($2,500.00) into the bankruptcy estate and are going to continue to claim their homestead as exempt pursuant to the terms of this compromise.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Trustee's Motion To Compromise Controversy has been sent by regular U.S. Mail to the attached MAILING MATRIX on this 19th day of May, 2011.

STEPHEN L. MEININGER, P.A.

_____
STEPHEN L. MEININGER, ESQUIRE
707 N. Franklin Street, #850
Tampa, Florida 33602
Phone (813) 301-1025
Florida Bar Number: 0472750
Attorney for Trustee